### 25247. ALLEN v. THE STATE.

GUERRY, J. The evidence for the State was sufficient to support a verdict of guilty of burglary. For no reason assigned does there appear to be any error in the grounds of the motion for new trial. The court did not err in overruling the motion.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED DECEMBER 11, 1935.

*H. B. Strange,* for plaintiff in error.
*W. G. Neville, solicitor-general,* contra.